United States District Court
Southern District of Texas
**ENTERED**
May 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| REYNALDO FLORES | § |
| | § |
| v. | §   NO. 5:14-cv-166 |
| | § |
| WILLIAM STEPHENS | § |

### FINAL JUDGMENT

For the reasons stated in a Memorandum and Order of even date, Petitioner's §2254 petition is DISMISSED.

The Court finds that this petition makes no substantial showing of the denial of a constitutional right. The Court also certifies, pursuant to 28 U.S.C. §1915(a)(3), that any appeal from this decision would not be taken in good faith and, therefore, should not be taken <u>in forma pauperis</u>. No certificate of appealability will issue.

DONE at Laredo, Texas, this 4th day of May, 2016.

_____
George P. Kazen
Senior United States District Judge