UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

CC: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

REYNALDO FLORES,
Appellant

NO. 5:14-CV-166

VS.

WILLIAM STEPHENS,
Appellee

U.S. COURT OF APPEALS
RECEIVED
MAY 16 2016
FIFTH CIRCUIT

## NOTICE OF APPEAL

Notice is hereby given that Reynaldo Flores and William Stephens, Appellant and Appellee in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from Final Judgment and Order entered by the U.S. District Judge, George P. Kazen (D.E. #65) in which Appellant argues that he was not represented by Counsel in his 2011 CR 1002, and 2012 CR 1969, to the extent that Appellant in his ability to defend himself exposed the Modus Operandi of the Government and egregious conduct, through his acquittals in 2012 CR 1969. Furthermore, Appellant argues that his current conviction violated the double

1

Jeopardy Clause as multiple duplicity charge to the Indictment already included in the First and Second Count to the charges of Aggravated Kidnapping and Sexual Assault for which Appellant was acquitted.

For almost two (2) years and in clear abuse of discretion the District Court, George P. Kazen failed to discharge his duties to administrate Justice and finally in clear mockery to Appellants clear established Constitutional rights; the District Court entered Judgment and Order on May 4th 2016.

Respectfully Submitted

May 12th 2016

Reynaldo Flores
Appellant PRO SE
A097 397 226
T.D.C.J.# 1912036
Segovia Facility
1201 El Cibolo Rd
Edinburg TX 78542

## CERTIFICATE OF SERVICE

I, Reynaldo Flores, currently confined in violation to the double jeopardy and ex post facto clauses and the entire Bill of Rights and Treaties, e.g. 28 USCA §2254 at the Texas Gulag T.D.C.J. by the Appellees in Flores v. T.D.C.J. et al Appeal No. 15-41340 and No. 16-40409, certify under penalty of perjury that the foregoing Notice of Appeal is true and correct and was transmitted to the Clerk of the U.S. District Court Southern District of Texas, 1300 Victoria St. Ste 1131 Laredo Texas 78040, with copy to the Clerk of the U.S. Court of Appeals Fifth Circuit 600 S. Maestri Place, New Orleans LA 70130. Via U.S. Postal Service First Class pursuant to Prison Mail Box Rule and 28 U.S.C.A. §1746.

Dated: May 12th 2016

Reynaldo Flores
Appellant PRO SE
A097 397 226
T.D.C.J. #1912036
Segovia Facility
1201 El Cibolo Rd
Edinburg TX 78542

3

Reynaldo Flores
A097-397-226
T.D.C.J# 1912036
Segovia Facility
1201 El Cibolo Rd.
Edinburg TX 78542



MCALLEN TX 785
13 MAY 2016 PM 1 T

Clerk,
U.S. Court of Appeals
Fifth Circuit
600 S. Maestri Place
New Orleans LA 70130

Legal Mail
7013 0$3414