# *United States Court of Appeals*
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 17, 2016

Mr. David J. Bradley
Southern District of Texas, Laredo
United States District Court
1300 Victoria Street
Room 1131
Laredo, TX 78042

        Reynaldo Flores v. William Stephens
        USDC No. 5:14-cv-00166

I am forwarding a notice of appeal erroneously sent to us.  We have noted the date received here. When you file the notice of appeal, please use that date, see FED R. APP. P. 4(d).

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Donna L. Mendez, Deputy Clerk
        504-310-7677